FIRST NATIONAL TRUST & SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator c. t. a. of FRANK CROZIER, Plaintiff, *v.* J. ROY BROWNING, as Trustee in Bankruptcy of BURTON COAL COMPANY et al., Appellants and Respondents; THOMAS M. HOYNE, II, et al., as Administrators of the Estate of MACLAY HOYNE, Deceased, Respondents and Appellants, and UNITED STATES STEEL CORPORATION et al., Respondents, Impleaded with Another.

Argued March 12, 1940; decided April 26, 1940.

*Mark W. Maclay, John D. Black* and *John G. Haviland* for Thomas M. Hoyne, II, et al., as administrators of the estate of Maclay Hoyne, deceased, appellants and respondents.

*P. Otis Zwissler* for J. Roy Browning, as trustee in bankruptcy of Burton Coal Company, appellant and respondent.

*Charles F. Quantrell, John H. S. Lee, Arthur W. Clement* and *John J. Healy* for James W. McElvain, J. William McElvain and Thornton H. McElvain, appellants and respondents.

*Kenneth B. Halstead* and *William Averell Brown* for United States Steel Corporation and Gordon L. Edwards, respondents.

*Harlan L. Hackbert, William Averell Brown* and *Kenneth B. Halstead* for United States Fuel Company, respondent.

*Walter F. Pease* for Foreman-State National Bank and First National Bank of Chicago, respondents.

Judgment affirmed, with costs payable out of the fund to United States Steel Corporation and to United States Fuel Company. No opinion. (See 283 N. Y. 644.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.